April 9, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

ALEXANDER MCNABB, Appellant

NO. 14-11-01005-CV                    V.

DKM CUSTOM PROPERTIES, LLC, DES AMIS INVESTMENTS, LLC,
KATIE ANDREWS, AND DENISE BONIN, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, DKM Custom Properties, LLC, Des Amis Investments, LLC, Katie Andrews, and Denise Bonin, signed, August 29, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Alexander McNabb to pay all costs incurred in this appeal.

We further order this decision certified below for observance.